UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL VEGA, et. al.,,

                                                              <u>MEMORANDUM AND ORDER</u>

                       Plaintiffs,                    CV 06-5006

    -against-                                      (Wexler, J.)

MSI, et al.,

                     Defendants.
-------------------------------------------------------X

APPEARANCES:

      Misiano Shulman Capetola & Kessler, LLP
      By: Troy L. Kessler, Esq.
      Attorneys for Plaintiffs
      510 Broadhollow Road
      Suite 110
      Melville, NY 11747

      Steve Zissou, Esq., Alan C. Kestenbaum, Esq.
      Steve Zissou & Associates
      Attorneys for Defendants
      42-40 Bell Blvd.
      Suite 302
      Bayside, NY 11361

WEXLER, District Judge

    This order memorializes rulings made at a conference held before this court on February 2, 2007.

    The Clerk of the Court is directed to vacate the judgment entered in this matter.

    The default entered by the Clerk of the Court shall stay in place at this time.

    The parties are directed to proceed to mediate this matter.

    In the event that mediation does not result resolve this matter, Defendants may move, on notice, to vacate the default.

    The parties are directed to report to the court as to the status of this matter within thirty

days of the date of this order.

SO ORDERED.

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       February 5, 2007